THE HONORABLE TIMOTHY W. DORE

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CARLETON ROGERS MILLER MAGUS and KATJA VIOLET MAGUS, | ) ) ) | BANKRUPTCY NO. 12-19029-TWD |
| Debtors. | ) ) | |
| CARLETON ROGERS MILLER MAGUS and KATJA VIOLET MAGUS, | ) ) ) ) | ADVERSARY NO. 12-01985-TWD |
| Plaintiffs, | ) ) | ANSWER OF THE U.S. DEPARTMENT OF EDUCATION |
| v. | ) ) | |
| UNITED STATES DOING BUSINESS AS U.S. DEPARTMENT OF EDUCATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

The United States Department of Education ("Defendant"), by and through its

attorneys, Jenny A. Durkan, United States Attorney for the Western District of Washington,

ANSWER OF THE U.S. DEPARTMENT OF EDUCATION - 1
(A12-01985-TWD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Case 12-01985-TWD   Doc 13   Filed 12/10/12   Ent. 12/10/12 11:24:33   Pg. 1 of 5

and Christina Dimock, Assistant United States Attorney, hereby answers the Complaint to Determine Dischargeability of a Debt (Student Loans) ("Complaint") as follows:

## I. PARTIES

1.1 - 1.2. Defendant admits the allegations in paragraphs 1.1 and 1.2 of the Complaint.

1.3 - 1.5. The allegations in paragraphs 1.3 - 1.5 of the Complaint consist of conclusions of law that require no response. To the extent a response is deemed required, Defendant denies same.

## II. FACTS

2.1. Defendant admits that Plaintiff Katja Violet Magus, formerly known as Katja Caldwell, is indebted to Defendant and that, as of December 4, 2012, Plaintiff Katja Violet Magus owed Defendant $23,898.05, including interest accrued as of that date. Defendant denies for lack of knowledge or information sufficient to form a belief as to the truth thereof the remaining allegations in paragraph 2.1 of the Complaint.

2.2. Defendant admits the allegations in paragraph 2.2 of the Complaint.

2.3. Defendant admits the allegations in paragraph 2.3 of the Complaint.

2.4. Defendant denies for lack of knowledge or information sufficient to form a belief as to the truth thereof the allegations in paragraph 2.4 of the Complaint.

2.5. Defendant denies the allegations in paragraph 2.5 of the Complaint.

## III. THEORIES OF LIABILITY, DISCHARGE

3.1 - 3.3. The allegations in paragraphs 3.1 - 3.3 of the Complaint comprise a characterization of Plaintiffs' case that require no response. To the extent a response is deemed required, Defendant denies same.

ANSWER OF THE U.S. DEPARTMENT OF EDUCATION - 2
(A12-01985-TWD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Case 12-01985-TWD    Doc 13    Filed 12/10/12    Ent. 12/10/12 11:24:33    Pg. 2 of 5

To the extent Plaintiffs' prayer for relief requires an answer, Defendant denies that Plaintiffs are entitled to any of the relief they seek.

All allegations contained in the Complaint not specifically admitted above are hereby denied.

WHEREFORE, the United States Department of Education prays for relief as follows:

1. Dismissing the Complaint with prejudice.

2. Awarding the United States its reasonable attorneys' fees and costs.

3. Such other and further relief as the Court may deem just and proper.

DATED this 10th day of December, 2012.

JENNY A. DURKAN
United States Attorney

*/s/ Christina Dimock*
Christina Dimock, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
FAX: (206) 553-4067
E-mail: Christina.dimock@usdoj.gov

ANSWER OF THE U.S. DEPARTMENT OF EDUCATION - 3
(A12-01985-TWD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Case 12-01985-TWD    Doc 13    Filed 12/10/12    Ent. 12/10/12 11:24:33    Pg. 3 of 5

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on December 10, 2012, I electronically filed the United States Department of Education's Answer with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Daniel J. Bubgee    dbugbee@karrtuttle.com, jsmith@karrtuttle.com, mmunhall@karrtuttle.com

Richard D. Granvold  RDGRANVOLD@msn.com

I further certify that on December 10, 2012, I mailed by United States Postal Service the United States' Department of Education's Answer to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Deutsche Bank ELT SLM Trusts
11600 Sallie Mae Dr.
c/o Deb Sutterland
Reston, VA 20193

Discover
P.O. Box 688965
Des Moines, IA 50538-8965

Education Resources Institute
31 St. James #950
Park Square Building
Boston, MA 02116

National Collegiate Trust
120 N. 7th St.
Harrisburg, PA 17102

ANSWER OF THE U.S. DEPARTMENT OF EDUCATION - 4
(A12-01985-TWD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Case 12-01985-TWD    Doc 13    Filed 12/10/12    Ent. 12/10/12 11:24:33    Pg. 4 of 5

Northwest Education Loan Association
190 Queen Anne Ave. N. #300
Seattle, WA 98109

Sallie Mae Inc
Attn: President
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Wells Fargo ELT SLFA-WA Inc.
625 Marquette Ave.
MAC N9311-115
Minneapolis, MN 55479

    Dated this 10th day of December, 2012.

                                        /s/ *Laurie A. Gausta*
                                        LAURIE A. GAUSTA, Paralegal Specialist
                                        United States Attorney's Office
                                        700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-1271
                                        Phone: (206) 553-7970
                                        Fax:   (206) 553-4067
                                        E-mail: laurie.gausta@usdoj.gov

ANSWER OF THE U.S. DEPARTMENT OF EDUCATION - 5
(A12-01985-TWD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Case 12-01985-TWD    Doc 13    Filed 12/10/12    Ent. 12/10/12 11:24:33    Pg. 5 of 5