**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Law Offices of Richard D Granvold, P.S.  Judge: Timothy W. Dore
Richard D. Granvold Attorney at Law  Chapter: 7
31620 23rd Ave S Ste 205  Ex Parte
Federal Way, WA 98003-5049
(253) 945-6062
rdgranvold@msn.com

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

In Re:

| | | |
|---|---|---|
| CARLETON ROGERS MILLER MAGUS | ) | CASE NO. |
| Katja Violet Magus | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| CARLETON ROGERS MILLER MAGUS | ) | CASE NO. 12-19029 |
| Katja Violet Magus | ) | |
| | ) | Adversary No. 12-01985 |
| | ) | EX PARTE ORDER OF DEFAULT |
| Plaintiff, | ) | |
| v. | ) | AGAINST CERTAIN DEFENDANTS |
| United States, etc al. | ) | |
| Defendants, | ) | |
| | ) | |

**HEARING**

1.1  Date: ex parte hearing. For all purposes herein, "Defendant" shall refer to the four following defendants: (1) National Collegiate Trust, (2) Sallie Mae, Inc. and (3) The Education Resources Institute; and (4) Wells Fargo ELT SLFA-WA Inc. ONLY **but not to** any other defendants.

1.2  <u>Notice of Hearing</u>.  Notice of pretrial conference and Summons dated 11-15-12 and  Complaint was served on the

Order of Default Against Some Defendants        1        Law Office of Richard D. Granvold, P.S.
                                                          31620 23rd Ave So, Ste 205
                                                          Federal Way Wa 98003-5049
                                                          (253) 945-6062

Defendants as set forth in the Declaration of Service dated Nov. 16 and 21, 2012 on file herein.

    1.3  <u>Appearances</u>.  Plaintiff appeared by their attorney, RICHARD D. GRANVOLD of the Law Firm of Richard D. Granvold, P.S. The defaulting Defendants (1) National Collegiate Trust, (2) Sallie Mae, Inc. and (3) The Education Resources Institute; and (4) Wells Fargo ELT SLFA-WA Inc. did not appear.

    1.4  <u>Purpose</u>.  To consider Plaintiffs' Motion for Order of Default and Judgment.

    1.5  <u>Evidence</u>.  The Declaration of RICHARD D. GRANVOLD annexed to Motion for Default and pleadings identified therein.

## II. **FINDINGS**

    2.1  <u>Service</u>.  The Defendants (1) National Collegiate Trust, (2) Sallie Mae, Inc. and (3) The Education Resources Institute; and (4) Wells Fargo ELT SLFA-WA Inc. were properly served as is evident in the Declaration of Service dated November 16 and 21st 2012 on file herein and declaration set forth in the motion for Default Order.

    ~~2.2  <u>Appearance</u>.  Defendants (1) National Collegiate Trust, (2) Sallie Mae, Inc. and (3) The Education Resources Institute; and (4) Wells Fargo ELT SLFA-WA Inc.~~

    2.3  <u>Notice</u>.  Defendants (1) National Collegiate Trust, (2) Sallie Mae, Inc. and (3) The Education Resources Institute; and (4) Wells Fargo ELT SLFA-WA Inc. were not served notice of this hearing as no appearance has been made.

    2.4  Relief: Plaintiff is entitled to a default order for

Order of Default Against Some Defendants    2    Law Office of Richard D. Granvold, P.S.
31620 23rd Ave So, Ste 205
Federal Way Wa 98003-5049
(253) 945-6062

Case 12-01985-TWD   Doc 32   Filed 03/08/13   Ent. 03/08/13 15:18:28   Pg. 2 of 3

relief as sought in complaint.

**III. ORDER**

3.1 <u>Default</u>. On the basis of the foregoing findings, It Is Ordered that Defendants (1) National Collegiate Trust, (2) Sallie Mae, Inc. and (3) The Education Resources Institute; and (4) Wells Fargo ELT SLFA-WA Inc. be declared in default, that the summons was timely served, and that said defendants failed to answer within the time required by law.

3.2 The court clerk may NOT proceed to close this case as other defendants still remain in litigation herein.

/// END OF ORDER///

Presented by:

/S/RICHARD D GRANVOLD
RICHARD D. GRANVOLD
Attorney for Plaintiff
WSBA #16903

Order of Default Against Some Defendants     3     Law Office of Richard D. Granvold, P.S.
31620 23rd Ave So, Ste 205
Federal Way Wa 98003-5049
(253) 945-6062

Case 12-01985-TWD    Doc 32    Filed 03/08/13    Ent. 03/08/13 15:18:28    Pg. 3 of 3